JAMAICA-KEW PROPERTIES, INC., Respondent, v. 478 THIRD AVENUE CORPORATION, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. BRITTON REALTY CORPORATION et al., Defendants, and ANNA R. MAHNKEN et al., Defendants-Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. BRITTON REALTY CORPORATION et al., Defendants, and ANNA R. MAHNKEN et al., Defendants-Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, v. ANNA MITTLER, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

CHARLES M. WOLFF, Respondent, v. CHALDEAN REALTY CORPORATION, Appellant, et al., Defendants, and PLUMBERS' SUPPLY HOUSE, INC., Impleaded Defendant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THEODORE CZAJKOWSKI, an Infant, by BENJAMIN CZAJKOWSKI, His Guardian ad Litem, et al., Respondents, v. THOMAS E. MURRAY, as Receiver of Interborough Rapid Transit Company, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SNOWDEN E. LEA, Respondent, v. SARAH A. LEA, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [180 Misc. 719.]

MICHAEL GESAS, Respondent, v. WILLIAM J. MARKOWITZ, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

C. E. SHEPPARD COMPANY, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

## (October 15, 1943.)

NATHAN NATELSON, as Receiver, Appellant, v. UNION DIME SAVINGS BANK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [180 Misc. 307.]

FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK, Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [179 Misc. 774.]